04/19/2021

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

LESLIE BLAKEY
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

WALDEN KEVIN PISTRO
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 

Case No. ____21-cv-572____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.

04/19/2021

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                    _Leslie Blakey_

All other names by which
you have been known:            _____

ID Number                            _376 00068_

Current Institution              _Low SCI Allenwood_

Address                              _Po Box 1000_

_White Deer_       _PA_       _17887_
City          State          Zip Code

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                                  _Kevin Pistro_

Job or Title *(if known)*        _Warden_

Shield Number                      _____

Employer                                          _7th AND_

Address                              _FDC Box 562 (Akch St)_

_Philadelphia_       _PA_       _19106_
City          State          Zip Code

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                                  _____

Job or Title *(if known)*        _____

Shield Number                      _____

Employer                              _____

Address                              _____

_____

City          State          Zip Code

☐ Individual capacity    ☐ Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____
City      State      Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____
City      State      Zip Code

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

04/19/2021

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

8th AMENDMENT CRUEL AND UNUSUAL PUNISHMENT
5th AMENDMENT DUE PROCESS

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☒ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.
/

FDC Philadelphia          7-1-20 TO 12-3-20

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

C.  What date and approximate time did the events giving rise to your claim(s) occur?

10-1-20 TO 12-3-20

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. FDC WAS NOT following. CDC guidelines AND I TESTED POSITIVE for COVID 11-30-20

2. FDC confined me to my cell 12 DAYS IN OCTOBER 2020 WITH NO WATER TO MY TOILET.

3. FDC. DID NOT file ANY of my GREIVANCES THAT I TURNED IN.

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1. I CAUGHT COVID 19

2. I WAS NAUSEATED BY the fecies IN MY TOILET

3. I could NOT file APPEALS

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I REQUEST 1,000,000.00 BECAUSE I DON'T KNOW whAT KIND OF DAMAGES ThAT COVID will DO TO MY UNDERLYING CONDITIONS.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FDC Philadelphia

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

BUT FDC DIDN'T FILE IT.

Case 2:21-cv-00572-JDW    Docume

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

_FDC Philadelphia 12-2-20 AT 8:40 AM._

2.    What did you claim in your grievance?

THAT FDC CONFINED IMATES TO THEIR CELLS with
THAT FDC DID NOT follow CDC guidelines NO WATE

3.    What was the result, if any?
MS. Smith (COUNCELOR) DID NOT FILE IT OR
WOULD GIVE ME A COPY. I THEN FILED TO
THE WARDEN AND HE SAID I DON'T HAVE
NO proof I FILED IT

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

YOU CAN NOT APPEAL IF THE WARDEN REJECTS
IT SAYING YOU DON'T HAVE proof YOU FILED

F.     If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I FILED A GRIEVANCE AND INFORMED LT SHABAAZ UNIT MANGER BOYLE

_____

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

04/19/2021

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

IX.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      4-20-21

Signature of Plaintiff      *Leslie Blakey*
Printed Name of Plaintiff    LESLIE BLAKEY
Prison Identification #       37660068
Prison Address              PO BOX 1000
                            WHITE DEER          PA        17887
                                City            State     Zip Code

B.      **For Attorneys**

Date of signing:      _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
                            _____
                                City            State     Zip Code
Telephone Number            _____
E-mail Address              _____

04/19/2021

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: PO BOX 1000 WHITE DEER PA 17887

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

**RELATED CASE, IF ANY:**

Case Number: _____    Judge: _____    Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐    No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐    No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐    No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐    No ☒

I certify that, to my knowledge, the within case ☐ is / ☒ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 4-20-21    _Leslie Blickey_    _____
                 Must sign here
                 *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

**CIVIL: (Place a √ in one category only)**

**A.    Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☒ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
      *(Please specify):* _____

**B.    Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
      *(Please specify):* _____

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, LESLIE BLAICOY , counsel of record *or* pro se plaintiff, do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: 4-20-21    _Leslie Blickey_    _____
                 Sign here if applicable
                 *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

EX A

DISTRICT COURT,

Video survgi/ancé and my detailed notes (EXA) will confirm that on 12-2-20 at 8:40 am I called Mrs Smith (councelor) to my cell door. (We were on lockdown) I handed her a BP8 (greivance) naming all these violations. She did not file and I asked her for a copy and she refused.

On 1-25-20 I sent a greivance to Warden Pistro citing the same violations and that Mrs Smith did not respond. He rejected my greivance saying I had no proof that I filed a greivance. In the federal institution you can not refile once your rejected because your 20 days to file would have elapsed

Leslie Blakey


RECEIVED APR 26 2021

Case 2:21-cv-00572-JDW    Documen

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: LESLIE C BLAKEY    37600068    BB    FDC ALLENWOOD

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - INMATE REQUEST** ON NOV 18, 2020 I HANDED WARDEN PISTRO A REQUEST FOR COMPASSIONATE RELEASE. I GOT TRANSFERED DEC, 7, 2020. I REQUEST THAT WARDEN PISTRO RESPOND TO MY REQUEST. ALSO ON DEC 2, 2020 I HANDED BP8 TO MRS SMITH (COUNCELOR). SHE REFUSED TO SIT DOWN WITH ME AND DISCUSS IT. THE BP8 WAS FOR FDC'S VIOLATIONS CONCERNING COVID (ENCLOSED) I REQUEST WARDEN PISTRO RESPOND TO THAT ALSO

1-25-21

DATE

*Leslie Blakey*

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RE

MAR 0 4 2021

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: 1071453-F

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR    PRINTED ON RECYCLED PAPER    BP-229(13)
APRIL 1982

TRULINCS 37600068 - BLAKEY, LESLIE - Unit: ALF-B-B
--------------------------------------------------------------------------------

FROM: 37600068
TO: Blakey, Christine
SUBJECT: LAW
DATE: 01/18/2021 09:08:11 PM

F.D.C of Philadelphia has violated federal law, BOP regulations, CDC guidelines and were negligent in their duties which caused me pain and suffering and caused me to contract the COVID-19 virus.

1. CDC guidelines say you must have testing, tracing, mask wearing and social distancing. FDC failed to enforce mask wearing. Only about 5% of inmates were wearing masks. FDC failed to test staff and inmates until the November 2020 outbreak. I spoke to Dr. Kessler (head doctor) during the outbreak and she told me and Leroy Gray that she had never been tested. FDC failed to enforce social distancing, In fact, inmates were playing ball, chess, cards, working out, and cutting hair.

2. Violation of federal law/first step act; says any inmate with high risk of contracting COVID-19 shall be released to home confinement. I have sarcoidosis, diabetes, hypertension, sleep apia and emphysema. I am 55 years old with a non violent crime. I also have 18 months left on my sentence and yet I was denied home confinement.

3. Violation of BOP regulation: This regulation says that one tier would come out for recreation then the phones and tier would be disinfected before the other tier could come out. FDC did not disinfect between tiers and allowed certain inmates to stay out all day. This caused the contamination of both tiers.

4. Violation of CDC guidelines: FDC was manipulating positive result numbers for COVID-19. On 11/23/20 at 3pm FDC was putting stickers on the door of positive COVID-19 cases. When they passed my door, I said "there is no way that I don not have COVID. I was sick for 3 days, you are manipulating the numbers." One hour later they took the sticker off of 563 and put it on my door 562. I talked to all the people who had stickers on their door. They all said they had symptoms. It seemed like they were only putting stickers on the doors of people who had symptoms and not asymptomatic people.

5. Federal Law says, inmates must have access to hygiene products. During the quarantine from 11/9/20 to 12/2/20, inmates had no access to soap, toothpaste or razors because the councilor or case manager was not on the block for the entire time of quarantine. Those were the only people who had access to the products.

6. Federal law says, inmates must have working utilities. For three, three day weekends in October 2020, inmates were locked in their cells with no cold water to the toilets to flush. FDC claimed it was plumbing problems. There was no problems with plumbing. I later learned that it was because they were short of staff so instead of saying that, they just let us stay in the cell with feeces in the toilet for days. There was no way that plumbing was messed up every weekend.

7. Negligence, I arrived in FDC in March 2020. I was to stay overnight there headed to Ft. Dix. The next morning, I went downstairs to leave and was told that my paperwork was messed up. Instead of fixing my paperwork, they sent me to Ft. Dix the following week. Ft. Dix denied me saying my paperwork was not up to date. Then COVID-19 hit and I was stuck there for nine months. I missed my RAP program and contracted COVID-19.

8. Fraud and extortion, In March 2020 I bought a radio for $21.95. A few months later FDC stopped selling batteries making the radio useless. I then bought a wind up radio for $44.00 not knowing the radio only charges 300-500 times. You have to charge every 30 mines., at that rate the radio will last about two months.

04/19/2021

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |
|---|---|
| Leslie Blakey<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br><br>Walden Kevin Pistro<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  21-cv-572

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month at the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    Leslie Blakey

All other names by which
you have been known:

ID Number    37 6 00068

Current Institution    Low SCI Allenwood

Address    Po Box 1000

White Deer        PA        17887
        *City*        *State*        *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    Kevin Pistro

Job or Title *(if known)*    Warden

Shield Number

Employer        7th And

Address    FDC Box 562 (Arch St)

Philadelphia        PA        19106
        *City*        *State*        *Zip Code*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

        *City*        *State*        *Zip Code*

☐ Individual capacity    ☐ Official capacity

Page 2 of 11

04/19/2021

Defendant No. 3
    Name                   _____
    Job or Title *(if known)*    _____
    Shield Number         _____
    Employer              _____
    Address               _____

|  City  |  State  |  Zip Code  |
| --- | --- | --- |

☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name                   _____
    Job or Title *(if known)*    _____
    Shield Number         _____
    Employer              _____
    Address               _____

|  City  |  State  |  Zip Code  |
| --- | --- | --- |

☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

04/19/2021

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

8th AMENDMENT CRUEL AND UNUSUAL PUNISHMENT
5th AMENDMENT DUE PROCESS

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☒ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

FDC PhilAdelphiA          7-1-20 TO 12-3-20

the sticker off of cell 563 and put it on cell 562 (mine) this was obviously an attempt to manipulate the numbers.

12-3-20 thurs.
8:40 AM I called Mrs Smith (councelor) to my cell. I handed her a BP8 accusing FDC of violations. she suppose to sit down with me and discuss BP8 instead, she looked at it and walked away with it. I hallard can I get a copy. she said smartly "I'll mail it to you.

Sun. 12-6-20 off locked down and C.O. Salisbury at 6:42 is watching a football game in a crowd of inmates, nobody is wearing a mask

I spoke to every cell that had a sticker on their cell. All of them had symptoms. It seems FDC only put stickers on the doors of inmates who had symptoms. None of the inmates I spoke to was Asymptomatic.

the sticker off of cell 563 and put it on cell 562 (mine) this was obviously an attempt to manipulate the numbers.

12-3-20 thurs.
8:40 am I called Mrs Smith (counselor) to my cell. I handed her a BP8 accusing FDC of violations. She suppose to sit down with me and discuss BP8 instead, she looked at it and walked away with it. I hallard can I get a copy. She said smartly "I'll mail it to you.

Sun. 12-6-20 off locked down and C.O. Salisbury at 6:42 is watching a football game in a crowd of inmates, nobody is wearing a mask

I spoke to every cell that had a sticker on their cell. All of them had symptoms. It seems FDC only put stickers on the doors of inmates who had symptoms. None of the inmates I spoke to was asymptomatic

Leslie Dailey 37600-068
LSCI
PO Box 1000
White Deer PA 17887



U.S.M.S.
X-RAY

⇔37600-068⇔
United States Courthouse
610 Market ST
Phila, PA 19106
United States