# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESLIE BLAKEY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **V.** | : | **Case No. 2:21-cv-572-JDW** |
| | : | |
| **KEVIN PISTRO,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 7th day of June, 2021, upon consideration of Plaintiff Leslie

Blakey's *pro se* Second Amended Complaint (ECF No. 12), it is **ORDERED** that the

Second Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28

U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**